McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IGOR LEONIDOVICH ALEKSEYEV, | ) | CV 06-S-1295 WBS JFM |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION RE:** |
| Alberto Gonzales, et al. | ) | **DISMISSAL FOR MOOTNESS** |
| | ) | **[PROPOSED] ORDER** |
| | ) | |
| Respondents. | ) | |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek de novo review of that application. CIS indicates that as of today's date, the application has been approved, and Mr. Alekseyev is scheduled to attend the oath ceremony on September 22, 2006.

Accordingly, the parties stipulate to dismissal on the grounds of mootness.

Dated: September 20, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Tiffani S. Sharp
Tiffani S. Sharp
Attorney for the Plaintiff

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case is dismissed for mootness.

IT IS SO ORDERED.

DATED: September 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE